IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:09-cr-96-DCB-LRA

MARK RANDALL JONES  DEFENDANT

ORDER

This cause is before the Court on defendant Mark Randall Jones's Motion to Dismiss Counsel Due to Conflict of Interest and Proceed Pro Se (docket entry 157). On the 8th day of February 2017, Honorable Lawrence M. Coco was appointed by the Court to represent the defendant. Therefore, the Court finds that Attorney Knott is hereby permitted to withdraw as counsel.

Although the issue is somewhat unclear, the Court assumes that the defendant's Motion to Proceed Pro Se is now moot, inasmuch as new counsel has been appointed. If the Court is in error, then defendant Jones may file such motion as he desires.

It is, therefore, Ordered and Adjudged that defendant's Motion to Dismiss Counsel Due to Conflict of Interest (docket entry 157) is granted, and, thus, attorney Sanford Knott is dismissed from this case.

SO ORDERED this the 24th day of February, 2017.

s/David Bramlette_____
UNITED STATES DISTRICT JUDGE