**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                       **CAUSE NO. 3:09-cr-96-DCB-LRA-1**

**MARK RANDALL JONES**

---

**ORDER**

---

This matter is before the Court on the motion [Dkt. No. 166] by defendant Mark Randall Jones for this Court to issue an order allowing Mr. Jones to file certain documents under seal. The Court, having considered the Motion and being fully advised in the premises, finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED, that Defendant Mark Randall Jones shall file all exhibits to his Motion to Suppress [Dkt. No. 164] and his Motion to Exclude [Dkt. No. 165] with this Court under seal.

SO ORDERED this the 21st day of March, 2017.


                                                                                  s/David Bramlette
                                                                                  UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Lawrence M. Coco, III*
Lawrence M. Coco, III (MSB#100378)
Andrew W. Alderman (MSB#104761)
McCraney, Coco & Lee, PLLC
219 Waterford Square, Suite 1
Madison, MS 39110
Telephone:  601.899.0065
Facsimile:  866.733.2008
Email:  lawrence@mclpllc.com