IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09-cr-96-DCB-LRA-1

MARK RANDALL JONES

## **ORDER**

THIS CAUSE having come on before the Court on motion [185] of the Government to file certain documents under seal, and being fully advised in the premises, finds that said motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Government shall file its exhibits to its Response to Defendant's Motion to Suppress Evidence with this Court under seal.

SO ORDERED AND ADJUDGED, this the 22nd day of March, 2017.

s/David Bramlette
DAVID C. BRAMLETTE, III.
UNITED STATES SENIOR DISTRICT JUDGE