IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:09-cr-96-DCB-LRA

MARK RANDALL JONES

ORDER

This cause is before the Court on defendant Mark Randall Jones's Motion to Reconsider or in the Alternative to Quash Subpoena (docket entry 169) and the Government's Motion to Dismiss the Defendant's Motion to Reconsider or in the Alternative to Quash Subpoena (docket entry 173). Having carefully considered the motions, responses and applicable law, and being otherwise fully informed in the premises, the Court finds as follows:

On March 15, 2017, the Government filed a motion to subpoena fingerprints of the defendant, Mark Randall Jones (docket entry 167). The Court granted the motion on March 16, 2017, and the defendant filed his motion to reconsider shortly thereafter. From the record, it appears that the defendant was fingerprinted by an agent of the United States Postal Inspection Service on March 17, 2017. Therefore, the Court finds that the defendant's motion to reconsider is moot.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's Motion to Reconsider or in the Alternative to Quash Subpoena (docket entry 169) is MOOT.

FURTHER ORDERED AND ADJUDGED that the Government's Motion to Dismiss the Defendant's Motion to Reconsider (docket entry 173) is GRANTED.

SO ORDERED AND ADJUDGED, this the 23rd day of March, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE