IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:09-cr-96-DCB-LRA

MARK RANDALL JONES

**JURY VERDICT**

We, the jury, unanimously find defendant, MARK RANDALL JONES, as follows:

As to the charge in Count 1 of the Indictment, conspiring to possess with the intent to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of cocaine hydrochloride:

\_\_✓\_\_ Guilty  _____ Not Guilty

As to the charge in Count 2 of the Indictment, being in possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride:

\_\_✓\_\_ Guilty  _____ Not Guilty

This the 29th day of March, 2017.

1