IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  NO. 3:09-CR-96-DCB-LRA

MARK RANDALL JONES  DEFENDANT

ORDER

On May 18, 2018, Defendant Mark Randall Jones moved the Court to unseal certain documents so that his counsel, Julie Epps, could use them on appeal.

On May 30, 2018, the United States Court of Appeals for the Fifth Circuit entered an order granting Jones access to non-public and sealed material in the record on appeal. (Doc. 243). The Fifth Circuit's order moots Jones's motion.

Accordingly,

IT IS ORDERED that Mark Randall Jones's motion **[Doc. 240]** to unseal document and make available on appeal is DENIED AS MOOT.

SO ORDERED, this the 6th day of August, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE