# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

April 19, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Mark Randall Jones
           v. United States
           No. 20-7503
           (Your No. 17-60285)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

