IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:09-cr-00096-DCB-LGI

MARK RANDALL JONES

## **ORDER**

In 2017, Defendant Mark Randall Jones went to trial and was found guilty in a two-count federal indictment charging conspiracy to possess with intent to distribute more than 5 kilograms of cocaine hydrochloride and possession with intent to distribute 500 grams or more of cocaine hydrochloride. The Fifth Circuit affirmed Jones' conviction and sentence in 2020. On April 22, 2022, Jones filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Dkt. No. 269] and Memorandum in Support [Dkt. No. 270]. The Government filed two motions in response: (1) Motion for Affidavits from Petitioner's Counsel; and (2) Motion to Extend Time to File Response.

Both motions are GRANTED.

Counsel for the Government shall forward a copy of Jones' § 2255 Motion and this Order to his former counsel, the Honorable S. Dennis Joiner, Julie A Epps, Lawrence M. Coco, III, Matthew A. Baldridge, Sibyl C. Byrd, Andrew W. Alderman, Sanford E. Knott, Matthew M. Robinson and Suzanna Kostovski, who are directed to file an affidavit responding to the motion within 30 days. The Government's response to Jones' motion shall be filed within 30 days after the last affidavit is filed. Jones' may file a reply within 30 days thereafter.

SO ORDERED AND ADJUDGED, this the 9th day of June 2022.

s/David Bramlette
UNITED STATES DISTRICT JUDGE