IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 3:09-CR-96-DCB-LRA

MARK RANDALL JONES                                          DEFENDANT

ORDER DENYING PETITIONER'S MOTION

FOR LEAVE TO PROCEED IN FORMA PAUPERIS

BEFORE THE COURT is pro se Defendant's Motion [ECF No. 271] for Leave to Proceed In Forma Pauperis filed in this case on April 22, 2022. Defendant filed a Motion [ECF No. 269] under 28 U.S.C § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on April 22, 2022.

Defendant is incarcerated at Federal Correctional Institution, Victorville, California. Id. at 1. There is no fee to file such a Motion. Therefore, Petitioner's request to proceed in forma pauperis is moot.

Accordingly,

IT IS HEREBY ORDERED that Petitioner's Motion [ECF No. 271] for Leave to Proceed In Forma Pauperis is deemed moot.

SO ORDERED, this 15th day of August, 2022.

2

    /s/ David C. Bramlette
    DAVID C. BRAMLETTE III
    UNITED STATES DISTRICT JUDGE